**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Damari Vicens,

                Plaintiff,                        19 **CIVIL** 10743 (SDA)

       -against-                            **JUDGMENT**

Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated February 5, 2021, Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
         February 5, 2021

                                                 **RUBY J. KRAJICK**
                                                  **Clerk of Court**
             **BY:**
                                                *K. Mango*
                                                 **Deputy Clerk**